## ARRAIGNMENT MINUTES – January 13, 2015

**Judge: Gerald Bruce Lee**  
**6th Floor, Courtroom 601**

(Reporter: R. Wilson)

**Time: 3:01 -3:04 p.m.**

| | | |
|---|---|---|
| THOMAS,<br>    Lamont Andre<br><br>(Conspiracy to Commit Hobbs Act Robbery, Hobbs Act Robbery, Using and Carrying a Firearm During and in Relation to a Crime of Violence) | **1:15cr3**<br><br>**In Custody - Remanded**<br><br>**WFA, PNG, demanded a jury trial.**<br><br>**Discovery Order entered and filed.** | AUSA: Jonathan L. Fahey<br>Defense: Denise J. Tassi<br>Motions Hrg: **3/6/15  9:00 a.m.**<br>**Motions due 2/2/15.**<br>**Responses due 2/9/15.**<br><br>Trial: **JURY 3/16/15 10:00 a.m. (2 days)**<br>Date Returned: 01/07/15<br>Speedy Trial: 03/18/15 |