IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Criminal No. 1:15-CR-3-GBL |
| v. | ) | |
| | ) | Trial: March 16, 2015 |
| LAMONT ANDRE THOMAS, | ) | |
| | ) | Hon. Gerald Bruce Lee |
| Defendant. | ) | |

## TRIAL EXHIBIT LIST OF THE UNITED STATES

The United States, by and through its attorneys, Dana J. Boente, United States Attorney for the Eastern District of Virginia, and Jonathan L. Fahey and Michael J. Frank, Assistant United States Attorneys, hereby submits its Trial Exhibit List.

| EX. | DESCRIPTION | WITNESS | LOC | OFF | ADM |
|---|---|---|---|---|---|
| 1-A | Photograph of Lamont Andre Thomas | | | | |
| 1-B | Photograph of Lamont Andre Thomas | | | | |
| 1-C | CD of portions of an audio-visual recording of an interview of Lamont Andre Thomas conducted on June 7, 2012 | | | | |
| 2-A | Photograph of Eugene Thomas | | | | |
| 2-B | Photograph of Eugene Thomas | | | | |
| 2-C | Photograph of Eugene Thomas | | | | |
| 2-D | Photograph of Eugene Thomas | | | | |
| 2-E | Photograph of Eugene Thomas robbing a store at 5000 Wilson Boulevard | | | | |
| 2-F | Plea Agreement of Eugene Thomas (redacted) | | | | |
| 2-G | Copy of a letter from Eugene Thomas, dated 1/23/15, and a copy of the exterior of the envelope (2 pages) | | | | |
| 3-A | Photograph of Smith & Wesson Revolver | | | | |

| EX. | DESCRIPTION | WITNESS | LOC | OFF | ADM |
|---|---|---|---|---|---|
| 3-B | Photograph of a Smith & Wesson Revolver | | | | |
| 3-C | Photograph of the barrel of a Smith & Wesson Revolver | | | | |
| | **Shell Gas Station Robbery:  February 13, 2010** | | | | |
| 4-A | Photograph of a Shell Gas Station located at 5533 Backlick Road in Springfield, Virginia | | | | |
| 4-B | Photograph of a Shell Gas Station located at 5533 Backlick Road in Springfield, Virginia | | | | |
| 4-C | Photograph of a Shell Gas Station located at 5533 Backlick Road in Springfield, Virginia | | | | |
| 4-D | Photograph of a Shell Gas Station located at 5533 Backlick Road in Springfield, Virginia | | | | |
| 4-E | Photograph of a Shell Gas Station located at 5533 Backlick Road in Springfield, Virginia | | | | |
| 4-F | Photograph of Eugene Thomas robbing the Shell Gas Station located at 5533 Backlick Road on February 13, 2010 | | | | |
| 4-G | Photograph of Eugene Thomas robbing the Shell Gas Station located at 5533 Backlick Road on February 13, 2010 | | | | |
| 4-H | Photograph of Eugene Thomas robbing the Shell Gas Station located at 5533 Backlick Road on February 13, 2010 | | | | |
| 4-I | Photograph of Eugene Thomas robbing the Shell Gas Station located at 5533 Backlick Road on February 13, 2010 | | | | |
| 4-J | Photograph of Eugene Thomas robbing the Shell Gas Station located at 5533 Backlick Road on February 13, 2010 | | | | |
| 4-K | Photograph of Eugene Thomas robbing the Shell Gas Station located at 5533 Backlick Road on February 13, 2010 | | | | |

| EX. | DESCRIPTION | WITNESS | LOC | OFF | ADM |
|---|---|---|---|---|---|
| 4-L | Photograph of Eugene Thomas robbing the Shell Gas Station located at 5533 Backlick Road on February 13, 2010 | | | | |
| 4-M | Photograph of Eugene Thomas robbing the Shell Gas Station located at 5533 Backlick Road on February 13, 2010 | | | | |
| 4-N | Photograph of Eugene Thomas robbing the Shell Gas Station located at 5533 Backlick Road on February 13, 2010 | | | | |
| 4-O | CD containing 2 video recordings from surveillance cameras showing the robbery of the Shell Gas Station located at 5533 Backlick Road on February 13, 2010 | | | | |
| | **7-Eleven Robbery:  March 19, 2010** | | | | |
| 5-A | Photograph of the location of the former 7-Eleven store located at 6221 Rolling Road, Springfield, Virginia | | | | |
| 5-B | Photograph of the location of the former 7-Eleven store located at 6221 Rolling Road, Springfield, Virginia | | | | |
| 5-C | CD containing a videotape of the robbery that occurred at the 7-Eleven store on March 19, 2010 | | | | |
| 5-D | Photograph of Lamont Thomas taken from the videotape of the robbery that occurred at the 7-Eleven store on March 19, 2010 | | | | |
| 5-E | Photograph of Lamont Thomas taken from the videotape of the robbery that occurred at the 7-Eleven store on March 19, 2010 | | | | |
| 5-F | Photograph of Lamont Thomas taken from the videotape of the robbery that occurred at the 7-Eleven store on March 19, 2010 | | | | |
| 5-G | Photograph of Lamont Thomas taken from the videotape of the robbery that occurred at the 7-Eleven store on March 19, 2010 | | | | |

| EX. | DESCRIPTION | WITNESS | LOC | OFF | ADM |
|---|---|---|---|---|---|
| 5-H | Photograph of Eugene Thomas taken from the videotape of the robbery that occurred at the 7-Eleven store on March 19, 2010 | | | | |
| 5-I | Photograph of Eugene Thomas taken from the videotape of the robbery that occurred at the 7-Eleven store on March 19, 2010 | | | | |
| 5-J | Photograph of Eugene Thomas taken from the videotape of the robbery that occurred at the 7-Eleven store on March 19, 2010 | | | | |
| 5-K | Photograph of Eugene Thomas taken from the videotape of the robbery that occurred at the 7-Eleven store on March 19, 2010 | | | | |
| 5-L | Photograph of the view from the parking lot of Giant store across the street from the 7-Eleven store | | | | |
| | **Second Shell Station Robbery: March 28, 2010** | | | | |
| 6-A | Photograph of a Shell Gas Station located at 8315 Old Keene Mill Road in Fairfax County, Virginia | | | | |
| 6-B | Photograph of a Shell Gas Station located at 8315 Old Keene Mill Road in Fairfax County, Virginia | | | | |
| 6-C | Photograph of a Shell Gas Station located at 8315 Old Keene Mill Road in Fairfax County, Virginia | | | | |
| 7-A | Photograph of a Sunoco Gas Station located 6381 Rolling Road, in Fairfax County Virginia, around the corner from the Shell Gas Station located at 8315 Old Keene Mill Road in Fairfax County, Virginia | | | | |
| 7-B | Photograph of a Sunoco Gas Station located 6381 Rolling Road, in Fairfax County Virginia, around the corner from the Shell Gas Station located at 8315 Old Keene Mill Road in Fairfax County, Virginia | | | | |
| 8-A | Photograph of a shed behind the house located 64xx Holyoke Drive, Annandale, Virginia | | | | |
| 8-B | Photograph of the interior of the shed shown in Government Exhibit 8-A | | | | |

| EX. | DESCRIPTION | WITNESS | LOC | OFF | ADM |
|---|---|---|---|---|---|
| 8-C | Photograph of a Smith & Wesson handgun under the top of a box located in the shed shown in Government Exhibit 8-A | | | | |
| 8-D | Photograph of a Smith & Wesson handgun under the top of a box located in the shed shown in Government Exhibit 8-A | | | | |
| 8-E | Photograph of a Smith & Wesson handgun under the top of a box located in the shed shown in Government Exhibit 8-A | | | | |
| 8-F | Photograph of the cylinder of the Smith & Wesson handgun found in the shed shown in Government Exhibit 8-A, showing two bullets in the cylinder | | | | |
| | | | | | |
| 9-A | Photograph of a beige Chrysler Town & Country Minivan | | | | |
| 9-B | Photograph of a Virginia Department of Vehicles Vehicle Registration for the Chrysler Town & Country Minivan show in Government Exhibit 9-A | | | | |
| | | | | | |
| 10 | A Smith & Wesson Revolver | | | | |
| 11 | Stipulation Regarding Interstate Commerce | | | | |

Respectfully Submitted,

Dana J. Boente
United States Attorney


By:      /s/
Jonathan L. Fahey
Michael J. Frank
Assistant United States Attorneys
United States Attorney's Office
Justin Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
703-299-3920

5

## CERTIFICATE OF SERVICE

I certify that, on March 11, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the counsel of record.

                                                    /s/ .
                                          Jonathan L. Fahey
                                          Assistant United States Attorney
                                          United States Attorney's Office
                                          2100 Jamieson Avenue
                                          Alexandria, Virginia 22314
                                          703-299-3920