IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.  1:15-CR-3-GBL |
| | ) | |
| LAMONT ANDRE THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |

## WITNESS LIST OF THE UNITED STATES

The United States hereby gives notice of its intent to call the following witnesses at trial in its case in chief.  It reserves the right to supplement this list, to call fewer witnesses, and to call additional witnesses in rebuttal.

1. Special Agent Mark Ambrozy
2. Officer Earl Bowers
3. Don Crump
4. Zahid Gilani
5. Detective Michael Lamper
6. Bharat Purohit
7. Officer Richard Perl
8. Idadullah Rehmat
9. David Roland
10. Officer Michael Schmeltz

11. Amarjit Singh

12. Bajinder Singh

13. Manjit Singh

14. Mehari Solomon

15. Eugene Thomas

16. Detective John Vickery, Jr.

17. Michael Wheeler, and

18. Officer Matthew Willert

           Respectfully Submitted,

           Dana J. Boente
           United States Attorney


By:     /s/
       Jonathan L. Fahey
       Michael J. Frank
       Assistant United States Attorneys
       United States Attorney's Office
       Justin Williams U.S. Attorney's Building
       2100 Jamieson Avenue
       Alexandria, Virginia 22314
       703-299-3920

**CERTIFICATE OF SERVICE**

I certify that, on March 11, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the counsel of record.

              /s/         .
              Michael J. Frank
              Assistant United States Attorney
              United States Attorney's Office
              2100 Jamieson Avenue
              Alexandria, Virginia 22314
              703-299-3920