IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
2015 MAR 11  P 2: 21
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Criminal Number: 1:15-CR-3 |
| v. ) | |
| ) | |
| LAMONT ANDRE THOMAS ) | |

## TRIAL EXHIBIT CUSTODY FORM

Government Exhibit(s) 1-A through 11 were received on this 11th day of March, 2015.

_____
Signature of person receiving exhibits

I certify that the exhibits being submitted to the court are those listed on the exhibit list filed at this time.

_____
Signature person certifying