IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:15-CR-3-GBL |
| | ) | |
| LAMONT ANDRE THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>AMENDED WITNESS LIST OF THE UNITED STATES</u>**

The United States hereby gives notice of its intent to call the following witnesses at trial in its case in chief. It reserves the right to supplement this list, to call fewer witnesses, and to call additional witnesses in rebuttal.

1. Special Agent Mark Ambrozy
2. Officer Earl Bowers
3. Don Crump
4. Zahid Gilani
5. Brien Hughes
6. Detective Michael Lamper
7. Bharat Purohit
8. Officer Richard Perl
9. Idadullah Rehmat
10. David Roland

11. Officer Michael Schmeltz

12. Amarjit Singh

13. Bajinder Singh

14. Manjit Singh

15. Mehari Solomon

16. Eugene Thomas

17. Detective John Vickery, Jr.

18. Michael Wheeler, and

19. Officer Matthew Willert

                                                           Respectfully Submitted,

                                                           Dana J. Boente
                                                           United States Attorney

By:       /s/
               Jonathan L. Fahey
               Michael J. Frank
               Assistant United States Attorneys
               United States Attorney's Office
               Justin Williams U.S. Attorney's Building
               2100 Jamieson Avenue
               Alexandria, Virginia 22314
               703-299-3920

## CERTIFICATE OF SERVICE

I certify that, on March 11, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the counsel of record.

                 /s/ .
                 Michael J. Frank
                 Assistant United States Attorney
                 United States Attorney's Office
                 2100 Jamieson Avenue
                 Alexandria, Virginia 22314
                 703-299-3920