## CRIMINAL JURY TRIAL PROCEEDINGS <u>Day 2</u>

Date: _____March 17, 2015_____          Case No: _____1:15cr3_____          Commenced: 10:15_____
                                                                                                          Lunch Recess:  12:10-1:20
Before the Honorable: Gerald Bruce Lee                                                  Case Concluded:  5:05___
Court Reporter:_____R. Wilson / Norman Linnell_

| PARTIES | COUNSEL |
|---|---|
| United States <br> vs. <br> <u>Lamont Andre Thomas,</u> <br> _____ Defendant. | Jonathan Fahey and Michael Frank <br><br> Denise Tassi |

Government cont'd. to adduce evidence ( x ) and rested ( x).   Stipulation regarding the evidence – read into the record.

Deft's Rule 29 Motion – heard, findings stated, and denied.

Defendant adduced evidence ( x ) and rested ( x ).

Instructions agreed. Jurors charged. Closing arguments heard. Alternates dismissed.

Jurors retired to deliberate.

Admitted exhibits agreed.

Case Continued To:  Wednesday, March 18, 2015_____          For _____Day 3 of jury trial_____

<u>Defendant remanded ( x )</u>

<u>Defendant continued on current bond (   )</u>