IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES ) | |
| ) | No. 1:15cr3 (GBL/JFA) |
| v. ) | |
| LAMONT ANDRE THOMAS, ) | |
| ) | |
| Defendant. ) | |

### TRIAL EXHIBIT CERTIFICATE OF REVIEW

We, the undersigned counsel, have reviewed the trial Exhibits admitted by the Court and find that the exhibits in the custody of the Deputy Clerk are appropriate to go to the jury for their deliberation.

_____
Counsel for Government / Plaintiff

2:50  3/17/15
Time and Date

_____
Counsel for Defendant

2:50 P.M.  3/17/15
Time and Date

Alexandria, Virginia