CRIMINAL GUIDELINES SENTENCING MINUTES

Judge: Lee
Reporter: R. Wilson
Start: 9:18
End: 9:22

Date: 8-7-15

UNITED STATES OF AMERICA
VS.
Lamont Andre Thomas

Case Number: 1:15cr3

Counsel/Government: Jonathan Fahey
Counsel/Defendant: Denise Tassi

Δ's motion for a continuance, stamped July 30th (not filed electronically); Δ has a motion to dismiss the Indictment.

Court adopts PSI ___ without exceptions ___ with exceptions: _____

Offense Level: _____
Criminal History: _____
Imprisonment Range: _____ to _____
Supervised Release Range: _____ to _____
Fine Range: _____ to _____
Special Assessment $_____
Restitution $_____

Court departs from Guidelines pursuant to:
___ USSG 5H1.4
___ USSG 5K1.1
___ USSG 5K2.12
___ USSG 5C1.2
___ Other: _____

BOP for _____ months   Probation for _____ months
Supervised Release for _____ years

SPECIAL CONDITIONS:
___ Dft. to remain drug free, submit to In/Out patient testing as directed.
___ Dft. must participate in _____ counseling as directed.
___ No new credit
___ Access to all financial records.
___ Dft. must notify employer
___ Dft. must pay restitution in monthly install. of $_____ to begin _____ days after release from custody.
___ Drug testing waived
___ Home confinement for the first _____ months to only leave the home for employment, attend medical needs, meet with attorneys, probation officer, or to attend any religious services.
___ Dft. must fully cooperate w/INS in any deportation proceedings; may not re-enter w/o perm.

RECOMMENDATIONS TO BOP:
___ Dft. designated to facility _____
___ Dft. designated to facility to receive intensive drug treatments.
___ Dft. designated to facility to participate in ICC (Boot Camp) type program
___ Dft. to participate in 500 hrs Intensive Drug Treatment Program
___ Dft. designated to minimum level security facility

Defendant ✓ Remanded ___ Cont'd on Bond to Self-Surrender as directed by USMS
___ to be Deported Immediately

14th Wed. - gov't to file
21st Fri - reply

Hrg. Sept. 9 (Wed.)
10:00 a.m.

In custody