Motion sentencing W/ under seal
Sidebar during sentencing.

Date: **9-9-15**  Judge: **Lee**
Reporter: **R. Wilson**  Time: Motion **10:09** To **11:00**
  Sentencing **11:00** To
Interpreter: ___  Language: ___

Case Number: **1:15cr003**    UNITED STATES of AMERICA

84 mos. BOP 3 yrs. SR Rest $954.00 to victims
Sub. abuse trtmt; mental health trtmt + waive
Confiden, Pay cost 60 days, Jointly $100/mo:   Vs. **Lamont Andre Thomas**
No fine. No costs.                  Deft

**Denise Tassi** + pro se arguing    **Jonathan Fahey**
Counsel for Defendant              Counsel for Government

Matter called for: Motion to dismiss the Indictment - heard, findings stated and denied
( ✓ ) Motions    ( ) Setting Trial Date   ( ) Change of Plea Hrg.   ( ) Rule 35
( ) Arraignment   ( ) Appeal from USMC  ( ✓ ) Sentencing   ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.   ( ) Pre-Indictment Plea   ( ) Other:___

Defendant appeared:  ( ✓ ) in person   ( ) failed to Appear
         ( ✓ ) with Counsel   ( ) without counsel   ( ) through counsel

Filed in open court:
( ) Criminal Information  ( ) Plea Agreement  ( ) Statement of Facts  ( ) Waiver of Indictment  ( ) Discovery Order  ( ) Consent Order of Forfeiture  ( ) Gov't Motion to Dismiss count(s)  ( ) Proposed Order

Arraignment & Plea: Defendant withdrew his not guilty plea and
( ) WFA   ( ) FA   ( ) PG   ( ) PNG   Trial by Jury: ( ) Demanded   ( ) Waived

Defendant entered Plea of Guilty as to Count(s) _____ Plea Accepted ( )

Defendant directed to USPO for PSI: ( ) Yes   ( ) No
Case continued to _____ at __9:00 a.m.__
_____ for: ( ) Jury Trial ( ) Bench Trial ( ) Sentencing

Ms. Tassi request (oral) to w/draw from the appeal, That Δ will file, as counsel,
Oral Order - granted. Δ has waived that right but can go ahead on his
( ) Release Order Entered   ( ✓ ) Deft. Remanded   ( ) Deft. Released on Bond   ( ) Deft. Continued on Bond own.

Defendant is: ( ✓ ) In Custody   ( ) Summons Issued   ( ) On Bond   ( ) Warrant Issued   ( ) 1st appearance

G-2 Letter to Mr. Fahey from Δ
G-4 Sent. Order Fairfax Charges
G-3 Crim. Complaint EDVa, later Count 2 of Indictment
G-1 Letter to Mr. Fahey from Δ

Sentencing held: Gov't - mand. min. of 15 yrs. Δ: client in jail about 4 yrs. so far + looking @ 7. 7 yrs. is the mand. min + he's not the mastermind, accepted resp. for the 3 robberies he participated in. Under seal sidebar.