AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:15-CR-3 |
| Lamont Andre Thomas | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date:   11/05/2020

/s/
*Attorney's signature*

Whitney Kramer
*Printed name and bar number*

2100 Jamieson Avenue
Alexandria, VA 22314
*Address*

Whitney.Kramer2@usdoj.gov
*E-mail address*

(703) 299-3700
*Telephone number*

*FAX number*