PROB 49 (3/89)
VAE (rev. 05/17)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Lamont Thomas                                  Criminal No. 1:15CR00003-001

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing, at no cost to me, if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

In the event that restitution is not paid in full immediately, then defendant must pay restitution, jointly and severally with his co-conspirator, at the monthly rate of $25.00, until restitution is paid in full beginning October 2021.

Witness: _____                    Signed: _____
Senior U.S. Probation Officer                              Probationer or Supervised Releasee

9/23/21
Date

Respectfully,

## ORDER OF COURT

Considered and ordered this 29th day of September, 2021 and ordered filed and made a part of the records in the above case.

_____
Frank Weaver
Senior U.S. Probation Officer
Place: Manassas

Date: September 23, 2021

/s/
Rossie D. Alston, Jr.
United States District Judge

TO CLERKS OFFICE                                                           Page 1